MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIRSTEN E. JOSE, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff*, | ) COLLECTIVE ACTION ) ) CASE NO. 3:21-cv-00269 |
| v. | ) ) MAGISTRATE JUDGE FRENSLEY |
| OLIVER HOSPITALITY, LLC, and CH TENNESSEE, LLC d/b/a CHARLESTOWNE HOTELS, | ) ) JURY DEMAND ) ) ) |
| *Defendants*. | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT RESOLVING THIS FAIR LABOR STANDARDS ACT COLLECTIVE ACTION

The Parties have reached a settlement agreement that would resolve this litigation, subject to this Court's approval. (Doc. No. 58-1). The Parties agreed that Named Plaintiff Kirsten Jose would move for Court approval of their settlement agreement. *Id.* at 1 -2. Pursuant to the Parties agreement, on January 19, 2022, Plaintiff moved for Court approval of the Parties' settlement agreement, and Defendants did not oppose such motion. (Doc. No. 58).

Plaintiff now moves this Court to enter the attached proposed order, which if entered would approve the Parties' settlement agreement. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose this Motion.

Dated: January 20, 2022

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900

Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jfrank@barrettjohnston.com
dgarrison@barrettjohnston.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Plaintiff's Unopposed Motion for Entry of Order Approving Settlement Agreement* was filed electronically with the Clerk's office by using the CM/ECF system and served via the Court's ECF system on the following counsel for Defendants on January 20, 2022:

**Aron Z. Karabel**
**Caraline E. Rickard**
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
aron.karabel@wallerlaw.com
caraline.rickard@wallerlaw.com

*Attorneys for Defendants*

    /s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, LLC**