IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIRSTEN E. JOSE, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| OLIVER HOSPITALITY, LLC, and CH TENNESSEE, LLC d/b/a CHARLESTOWNE HOTELS, | ) ) ) ) ) |
| *Defendants*. | ) ) |

COLLECTIVE ACTION

CASE NO. 3:21-cv-00269

MAGISTRATE JUDGE FRENSLEY

JURY DEMAND

## ORDER APPROVING SETTLEMENT

This matter is before the Court on the Plaintiff's Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice (Doc. No. 58). The motion is GRANTED. The Court hereby APPROVES the parties' settlement as a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act and DISMISSES WITH PREJUDICE Plaintiffs' claims. The Clerk shall close the file.

It is so ORDERED.

Entered: January 21, 2022

_____
**U.S. Magistrate Judge**